AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| BURGER KING COMPANY LLC<br>*Plaintiff(s)*<br>v.<br>J.F.M. 6090, INC.; JFM SPRING, LLC; JFM SPARTA, LLC; and RANJANA JETHWA<br>*Defendant(s)* | ) | Civil Action No. 26-CV-26230 BLOOM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

RANJANA JETHWA
194 Eileen Drive
Cedar Grove, NJ 07009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael D. Joblove, Esq. and Aaron S. Blynn, Esq.
Venable LLP
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
mdjoblove@venable.com / asblynn@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 10, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| BURGER KING COMPANY LLC<br>*Plaintiff(s)*<br>v.<br>J.F.M. 6090, INC.; JFM SPRING, LLC; JFM SPARTA, LLC; and RANJANA JETHWA<br>*Defendant(s)* | ) | Civil Action No. 26-CV-26230 BLOOM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JFM SPARTA, LLC
By Serving Its Registered Agent: Ranjana Jethwa
2 Market Street
Paterson, NJ 07501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael D. Joblove, Esq. and Aaron S. Blynn, Esq.
Venable LLP
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
mdjoblove@venable.com / asblynn@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 10, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| BURGER KING COMPANY LLC<br>*Plaintiff(s)*<br>v.<br>J.F.M. 6090, INC.; JFM SPRING, LLC; JFM SPARTA, LLC; and RANJANA JETHWA<br>*Defendant(s)* | ) | Civil Action No. 26-CV-26230 BLOOM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

JFM SPRING, LLC
By Serving Its Registered Agent: Ranjana Jethwa
2 Market Street
Paterson, NJ 07501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael D. Joblove, Esq. and Aaron S. Blynn, Esq.
Venable LLP
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
mdjoblove@venable.com / asblynn@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 10, 2026

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

BURGER KING COMPANY LLC

*Plaintiff(s)*

v.

J.F.M. 6090, INC.; JFM SPRING, LLC; JFM SPARTA, LLC; and RANJANA JETHWA

*Defendant(s)*

Civil Action No. 26-CV-26230 BLOOM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

J.F.M. 6090, INC.
By Serving Its Registered Agent: Ramesh Jethwa
194 Eileen Drive
Cedar Grove, NJ 07009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael D. Joblove, Esq. and Aaron S. Blynn, Esq.
Venable LLP
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
mdjoblove@venable.com / asblynn@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 10, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts